# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SAMUEL FRITZ, JR., et al., | No. 2:19-CV-1953-KJM-DMC |
| Plaintiffs, | |
| v. | ORDER |
| LOWE'S HOME CENTERS, LLC, | |
| Defendant. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. Pending before the court is defendant's counsel's request to appear telephonically at the scheduling conference set for January 15, 2020, at 10:00 a.m. in Redding, California. Good cause appearing therefor, the request is granted. Counsel may arrange a telephonic appearance through CourtCall.

IT IS SO ORDERED.

Dated: January 10, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE