1

**TROY DOUGLAS MUDFORD ..... California State Bar No. 156392**
**ESTEE LEWIS..................................California State Bar No. 268358**
**CATHLEEN THERESA BARR ....... California State Bar No. 295538**
**BRANDON STORMENT ...............California State Bar No. 267260**
**BARR & MUDFORD, LLP**

2

3

4

1824 Court Street/Post Office Box 994390
Redding, California   96099-4390

5

Telephone:  (530) 243-8008
Facsimile:  (530) 243-1648

6

7

Attorneys for Plaintiffs

8

9

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

JOSEPH SAMUEL FRITZ, JR.; and
SABRINA FRITZ,

14

            Plaintiffs,

15

            vs.

16

17

LOWE'S HOME CENTERS, LLC dba
LOWE'S #1926;
and DOES 1 through 20, Inclusive,

18

19

            Defendants.

Case No. 2:19-CV-01953-KJM-DMC

**ORDER RE STIPULATION TO MODIFY THE INITIAL SCHEDULING ORDER**
**[FIRST REQUEST]**

20

21

            **IT IS HEREBY ORDERED** that the Initial Scheduling Order shall be modified as follows:

22

23

24

- The expert witness disclosure and non-expert discovery cut-off date is extended from August 7, 2020 to January 7, 2021;

25

- The expert witness discovery cut-off is extended from November 2, 2020 to April 7, 2021;

26

- The dispositive motion deadline is extended from December 14, 2020 to June 7, 2021;

27

- The pre-trial and trial date is to be set thereafter.

28

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 1
**Order Re Stipulation to Modify the Initial Scheduling Order [First Request]**

**IT IS SO ORDERED.**

**Dated:  July 23, 2020**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

**BARR & MUDFORD**
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 2
**Order Re Stipulation to Modify the Initial Scheduling Order [First Request]**